1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  JOHN COX, CASB No. 197687
   john.cox@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California 94133
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
   Attorneys for Defendant
7  HAPAG LLOYD (AMERICA) INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  Estate of REGINALD ROSS, deceased,   )   Case No.  CV 08-3989 JCS
                                         )
13                          Plaintiff,   )   **PROOF OF SERVICE**
                                         )
14          vs.                          )
                                         )
15  M/V STUTTGART EXPRESS, HAPAG         )
    LLOYD (AMERICA) INC., HAPAG          )
16  LLOYD AKTIENGESELLSCHART, and        )
    DOES 1 through 10, Inclusive,        )
17                                       )
                            Defendant.   )
18                                       )

19                        Please see attached.

20

...

- 1 -                                           KYL_SF465642

PROOF OF SERVICE – Case No. CV 08-3989 JCS

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is 450 Pacific Avenue, San Francisco, CA 94133, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

1. NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1332;

2. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;

3. NOTICE TO THE CLERK OF THE SUPERIOR COURT OF THE FILING OF REMOVAL AND REMOVAL OF ACTION TO FEDERAL COURT;

4. DECLARATION OF JOHN COX IN SUPPORT OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1332;

5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

6. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

7. ECF REGISTRATION INFORMATION HANDOUT;

8. U.S. DISTRICT COURT GUIDELINES;

9. PROOF OF SERVICE.

Joseph Hawkins Low IV, Esq.
Law Offices Joseph Hawkins Low IV
One World Trade Center, Suite 2320
Long Beach, CA 90831

☒ **BY FEDERAL EXPRESS OVERNIGHT:** I caused such envelope(s), fully prepaid on account, to be placed within the custody of Federal Express at San Francisco, California. I am readily familiar with Keesal, Young & Logan's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Keesal, Young & Logan's business practice, the document described above will be deposited in a box or other facility regularly maintained by Federal Express or delivered to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed at Keesal, Young & Logan for collection.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.

    Executed on August 21, 2008, at San Francisco, California.

_____
K'Ann M. Klein