```
JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JOHN COX, CASB No. 197687
john.cox@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants
HAPAG LLOYD (AMERICA) INC. and
HAPAG LLOYD AKTIENGESELLSCHAFT
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of REGINALD ROSS, deceased,<br><br>                      Plaintiff,<br><br>vs.<br><br>M/V STUTTGART EXPRESS, HAPAG LLOYD (AMERICA) INC., HAPAG LLOYD AKTIENGESELLSCHAFT, and DOES 1 through 10, Inclusive,<br><br>                      Defendants. | Case No. C 08-3989 JCS<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE:      **MAY 29, 2009**<br>TIME:      **1:30 PM**<br>COURT:   **HON. JOSEPH C. SPERO** |

       Plaintiff the ESTATE OF REGINALD ROSS and DEFENDANTS HAPAG LLOYD (AMERICA) INC. and HAPAG LLOYD AKTIENGESELLSCHAFT, by and through their respective counsel of record, hereby stipulate and agree as follows:

       1.    The above-captioned matter is currently set for Case Management Conference on May 29, 2009 at 1:30 p.m.

       2.    At the previous Case Management Conference on February 27, 2009, the Court ordered the parties to mediation within 90 days.  On March 25, 2009, the parties received electronic notification of the appointment of mediator Eric Ivary.

       3.    Due to conflicts in the schedules of counsel for Plaintiff and Defendants, the parties have not yet mediated this case.

|   |   |
|---|---|
| 1 | 4. Counsel for Plaintiff is unexpectedly out of town through the end of May 2009. |
| 3 | 5. On or about May 13, 2009, Co-Defendant HAPAG LLOYD AKTIENGESELLSCHAFT ("Hapag Lloyd AG") was served with the summons and complaint pursuant to the Hague Service Convention. On May 22, 2009, Hapag Lloyd AG filed its Answer to Plaintiff's Complaint. Hapag Lloyd AG and Hapag Lloyd (America) Inc. are jointly represented by Keesal, Young & Logan. However, Hapag Lloyd AG was not previously aware of this litigation. Hapag Lloyd AG would, and should, participate in the mediation of this case. |
| 10 | 6. Therefore the parties hereby stipulate and request that the Court grant the parties an additional 60 days to mediate this matter on behalf of all parties who have now appeared in the case. The parties further stipulate and request that the Court continue the Case Management Conference to the afternoon of July 31, 2009. The parties further request that the Joint Case Management Statement due date be continued to July 24, 2008. |

DATED: May 22, 2009            /S/ JOHN D. GIFFIN
                               JOHN D. GIFFIN
                               JOHN COX
                               KEESAL, YOUNG & LOGAN
                               Attorneys for Defendants
                               HAPAG LLOYD (AMERICA) INC. and
                               HAPAG LLOYD
                               AKTIENGESELLSCHAFT


DATED: May 22, 2009            /S/ JOSEPH H. LOW, IV
                               JOSEPH H. LOW, IV
                               LAW OFFICE OF JOSEPH H. LOW, IV
                               ONE WORLD TRADE CENTER, SUITE 2320
                               LONG BEACH, CA 90831
                               Attorneys for Plaintiff
                               ESTATE OF REGINALD ROSS

1 **[PROPOSED] ORDER**

2 Upon consideration of the parties' stipulation and request, and for good
3 cause appearing

4 IT IS HEREBY ORDERED that the parties to this stipulation shall
5 mediate this case within 60 days. The Case Management Conference shall be continued
6 to July 31, 2009 at __1;30__ p.m. It is further ordered that the parties shall file a Joint
7 Case Management Statement by July 24, 2009.

8 _____
9 Dated: May 26, 2009
HON. JOSEPH C. SPERO
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

