UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of REGINALD ROSS, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>M/V STUTTGART EXPRESS, HAPAG LLOYD (AMERICA) INC., HAPAG LLOYD AKTIENGESELLSCHAFT, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. C 08-3989 JCS<br><br>(PROPOSED) ORDER FOR TELEPHONIC APPEARANCE AT MEDIATION<br><br>July 15 2009<br><br>Mediation Service<br>9th Circuit |

Good cause having been shown, a representative of HAPAG LLOYD (AMERICA) INC. and HAPAG LLOYD AKTIENGESELLSCHAFT may attend the mediation, currently scheduled for July 15, 2009 by telephone subject to that representative being available at all times during the mediation.

7-7-09

HON. WAYNE BRAZIL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

KYL_SF484716

(PROPOSED) ORDER FOR TELEPHONIC
APPEARANCE AT MEDIATION

CASE NO: C 08-3989 (JCS)