

THE LAW FIRM OF JOSEPH H. LOW IV

A LAW CORPORATION

United States District Court
Northern District of California
San Francisco
450 Golden Gate Ave
San Francisco, CA 94102-3483

Re:   <u>Estate of Reginald Ross v M/V Stuttgart Express, et al</u>
      Case #: 3:08-cv-03989-jcs

Dear Judge Spero,

Mr. Low, attorney for the Estate of Reginald Ross, is respectfully requesting to appear telephonically for the Case Management Conference scheduled for Friday, July 31, 2009 at 1:30pm.

The phone number where Mr. Low can be reached is 562.901.0840

If you have any questions or concerns, please do not hesitate to contact our office at 562.901.0840.

Sincerely,
THE LAW FIRM OF JOSEPH H. LOW IV

Joseph H. Low IV
JHL/mt

Dated: July 30, 2009



IT IS SO ORDERED
Judge Joseph C. Spero