# S. REED MORGAN
## ATTORNEY AT LAW

S. Reed Morgan*

Board Certified Personal
Injury Trial Law
Texas Board of
Legal Specialization
Licensed in
Texas & Louisiana

August 7, 2009

United States District Court
Northern District of California
San Francisco
450 Golden Gate Ave.
San Francisco, CA 94102-3483

    Re:   *Estate of Reginald Ross v M/V Stuttgart Express, et al.*
           Case #:  3:08-cv-03989-jcs

Dear Judge Spero:

    Mr. Morgan, attorney for the Estate of Reginald Ross, is respectfully requesting to appear telephonically for the Case Management Conference scheduled for Friday, August 14, 2009 at 1:30 p.m.

    The phone number where Mr. Morgan can be reached is (210) 317-6624.

    If you have any questions or concerns, please do not hesitate to contact our office at (830) 995-2464.

Dated: Aug. 10, 2009

Very truly yours,

LAW OFFICE OF S. REED MORGAN, P.C.

S. Reed Morgan
(*Pro Hac Vice*)

SRM:jvg

[STAMP: GRANTED — Judge Joseph C. Spero — United States District Court Northern District of California]

---

413 Eighth St., P.O. Box 38, Comfort, Texas 78013 ~ Phone: (830) 995-2464   Fax: (830) 995-2728  Toll Free: (888) 808-6077
coffeelawyer@gmail.com     web address:  reedmorganpc.com