

THE LAW FIRM OF JOSEPH H. LOW IV

A LAW CORPORATION

June 9, 2011

United States District Court
Northern District of California
San Francisco
450 Golden Gate Ave
San Francisco, CA 94102-3483

Re:   *Estate of Reginald Ross v M/V Stuttgart Express, et al*
      Case #: 3:08-cv-03989-jcs

Dear Judge Spero,

Mr. Low, attorney for the Estate of Reginald Ross, is respectfully requesting to appear telephonically for the Further Case Management Conference scheduled for Friday, June 17, 2011, at 1:30pm.

The phone number where Mr. Low can be reached is 307.455.3716

If you have any questions or concerns, please do not hesitate to contact our office at 562.901.0840.

Sincerely,
THE LAW FIRM OF JOSEPH H. LOW IV

Joseph H. Low IV
JHL/mt

Dated: June 10, 2011    IT IS HEREBY ORDERED that Mr. Low shall be on phone standby beginning at 1:30 PM and await the Court's call.

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

One World Trade Center • Suite 2320 • Long Beach, CA 90831
Phone 562.901.0840 • Fax 562.901.0841 • www.JHLLaw.com