# S. REED MORGAN
## ATTORNEY AT LAW

S. Reed Morgan*

*Board Certified Personal
Injury Trial Law
Texas Board of
Legal Specialization
Licensed in
Texas & Louisiana

June 10, 2011

United States District Court
Northern District of California
Magistrate Judge Joseph C. Spero
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483

    Re:    Case 3:08-cv-03989-JCS;
              *Estate of Reginald Ross v. M/V Stuttgart Express*, et al.

Dear Judge Spero:

    Mr. Morgan, attorney for the Estate of Reginald Ross, is respectfully requesting to appear telephonically for the Further Case Management Conference scheduled for Friday, June 17, 2011, at 1:30pm.

    The phone number where Mr. Morgan can be reached is **(830) 995-2464**.

    Should you have any questions or concerns, please do not hesitate to contact the undersigned.

                              Very truly yours,

                              LAW OFFICE OF S. REED MORGAN, P.C.

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 6/13/11

                              S. Reed Morgan

IT IS SO ORDERED
Judge Joseph C. Spero

P.O. Box 38, Comfort, Texas 78013
Phone: (830) 995-2464   Fax: (830) 995-2728   Toll Free: (888) 808-6077
rmtrialfirm@gmail.com   web address: reedmorganpc.com