RECEIVED
JAN 17 2012
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENDA ROSS as guardian ad litem of
GLORIA ROSS, minor child, et al

Plaintiff,

v.

M/V STUTTGART EXPRESS, et al

Defendant.

CASE NO. 3:08-cv-03989- JCS

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

CARSON R. RUNGE, whose business address and telephone number is

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. WHALEY
LONGVIEW, TX 75601          (903) 757.7000

and who is an active member in good standing of the bar of TEXAS

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing PLAINTIFFS

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 1/24/12

_____
JOSEPH C. SPERO
United States Magistrate Judge