**United States District Court**
For the Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 ESTATE OF REGINALD ROSS,                    Case No.  C08-03989 JCS

7          Plaintiff(s),                      **ORDER DENYING DEFENDANT'S
                                              REQUEST FOR REFERRAL TO**
8      v.                                     **MAGISTRATE JUDGE FOR
                                              SETTLEMENT CONFERENCE [Docket**
9 MV STUTTGART EXPRESS, ET AL.,               **No. 143]**

10         Defendant(s).
                                          /
11

12          IT IS HEREBY ORDERED that Defendant's Request for Referral to a Magistrate Judge for

13 a Settlement Conference is DENIED and the hearing set for March 2, 2012, at 9:30 a.m., is

14 VACATED.

15

16 Dated:  February 27, 2012

17                                            _____

18                                            JOSEPH C. SPERO
                                              United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28