**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6   ESTATE OF REGINALD ROSS,                 Case No.  C08-03989 JCS
7              Plaintiff(s),
                                             **ORDER DIRECTING JURY
8        v.                                  COMMISSIONER TO FURNISH DAILY
                                             REFRESHMENTS**
9   MV STUTTGART EXPRESS,
10             Defendant(s).
11  _____/
12         IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning
13  refreshments and pastries for the eight (8) members of the jury in the above-entitled matter
14  beginning **April 24, 2012**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury
15  deliberations, at the expense of the United States. The trial will be held in Courtroom G, 15th Floor,
16  450 Golden Gate Avenue, San Francisco, CA  94102
17         IT IS SO ORDERED.
18
19  Dated:  April 19, 2012
20                                           _____
                                             JOSEPH C. SPERO
21                                           United States Magistrate Judge
22
23
24
25
26
27
28