UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA ROSS as guardian *ad litem* of the minor child of REGINALD ROSS, deceased, GLORIA ROSS, and REYANNE ROSS, individually,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>M/V STUTTGART EXPRESS, et. al.,<br><br>　　　　Defendants.<br>_____/ | No. C-08-3989 JCS |

**COURT'S PROPOSED SPECIAL VERDICT FORM**

Dated: April 24, 2012

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　United States Magistrate Judge

**JURY VERDICT**

We, the jury, unanimously find as follows:

1. **Question 1:** Have the Plaintiffs established, by a preponderance of the evidence, that the Defendants were negligent in the manner alleged by the Plaintiffs, and that such negligence was a cause of damage to the Plaintiffs? (Check one).

   ___ Yes                    ___ No

**If the answer to Question No. 1 is "YES," please proceed to Question No. 2.  If the answer to Question No. 1 is "NO," then there are no further questions and the Jury Foreperson should sign and date the verdict form and return it to the Court.**

2. **Question 2:** What percentage of the Plaintiffs' damages do you find to have been caused by the negligence of Defendants?

   ___%

**Proceed to Question 3.**

3. **Question 3**:   Have the Defendants established, by a preponderance of the evidence, that Reginald Ross was negligent in the manner alleged by the Defendants, and that such negligence was a cause of Plaintiffs' damages?

   ___ Yes                    ___ No

**If you answered "YES" to Question 3, please proceed to Question 4.  If you answered "NO" to Question 3, please proceed to Question 5.**

4. **Question 4:** If you answered "YES" to question 3, what percentage of the Plaintiffs' damages do you find to have been caused by the negligence of decedent Reginald Ross?

   ___%

**Please proceed to Question 5.**

5. **Question 5**: If you answered "YES" to Question 1:  What is the amount of compensatory damages that you award?

   $_____

**PLEASE SIGN AND DATE THE SPECIAL VERDICT FORM**

**Signed:**_____

**Foreperson of the Jury:** _____

**Dated:**_____

    After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.