UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA ROSS as guardian *ad litem* of the minor child of REGINALD ROSS, deceased, GLORIA ROSS, and REYANNE ROSS, individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>M/V STUTTGART EXPRESS, et. al.,<br><br>    Defendants.<br>_____/ | No. C-08-03989 JCS |

**SPECIAL VERDICT FORM**

Dated: May 3, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

**JURY VERDICT**

We, the jury, unanimously find as follows:

1. Have the Plaintiffs established, by a preponderance of the evidence, that the Defendants were negligent in the manner alleged by the Plaintiffs, and that such negligence was a cause of damage to the Plaintiffs? (Check one).

    ___ **Yes**        ___ **No**

**If the answer to Question No. 1 is "YES," please proceed to Question No. 2. If the answer to Question No. 1 is "NO," then there are no further questions and the Jury Foreperson should sign and date the verdict form and return it to the Court.**

2. Have the Defendants established, by a preponderance of the evidence, that Reginald Ross was negligent in the manner alleged by the Defendants, and that such negligence was a cause of Plaintiffs' damages? (Check one).

    ___ **Yes**        ___ **No**

**If you answered "YES" to Question 2, please proceed to Question 3. If you answered "NO" to Question 2, please proceed to Question 4**.

3. If you answered "YES" to question 2, what percentage of the Plaintiffs' damages do you find to have been caused by the negligence of Defendants and what percentage of Plaintiffs' damages do you find to have been caused by the negligence of decedent Reginald Ross? These two percentages must add up to 100%.

  ___% of damages attributable to the negligence of Defendants

  ___% of damages attributable to the negligence of decedent Reginald Ross

**Please proceed to Question 4.**

4. If you answered "YES" to Question 1, what is the total amount of compensatory damages that you award?

$_____

**PLEASE SIGN AND DATE THE SPECIAL VERDICT FORM**

**Signed:**_____

**Foreperson of the Jury:** _____

**Dated:**_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.