

THE LAW FIRM OF JOSEPH H. LOW IV

A LAW CORPORATION

July 19, 2012

United States District Court
Northern District of California
San Francisco
450 Golden Gate Ave
San Francisco, CA 94102-3483

Re: *Estate of Reginald Ross v M/V Stuttgart Express, et al*
Case #: 3:08-cv-03989-jcs

Dear Judge Spero,

Mr. Low, attorney for the Estate of Reginald Ross, is respectfully requesting to appear telephonically for the Motion for New Trial Hearing scheduled for Friday, July 27, 2012 at 9:30a.m.

The phone number where Mr. Low can be reached is 307.455.3763

If you have any questions or concerns, please do not hesitate to contact our office at 562.901.0840.

Sincerely,
THE LAW FIRM OF JOSEPH H. LOW IV

Joseph H. Low IV
JHL/mt

IT IS HEREBY ORDERED THAT Mr. Low shall be on phone standby begining at 9:30 AM and await the Court's call.

Dated: July 19, 2012

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero